```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
NOBLE CHARTERING INC.,                         :

               Plaintiff,                      :
                                                       07 CV ____
     - against -                               :       ECF CASE

FAIRDEAL SUPPLIES PVT. LTD.,                   :

               Defendant.                      :
------------------------------------------------------X
```



## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: June 21, 2007
       New York, NY

                                        The Plaintiff,
                                        NOBLE CHARTERING, INC.

                                        By: _____
                                        Claurisse Campanale-Orozco (CC 3581)
                                        Thomas L. Tisdale (TT 5263)
                                        TISDALE LAW OFFICES, LLC
                                        11 West 42nd Street, Suite 900
                                        New York, NY 10036
                                        (212) 354-0025 – phone
                                        (212) 869-0067 – fax
                                        corozco@tisdale-law.com
                                        ttisdale@tisdale-law.com