USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/07

JUDGE PRESKA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

NOBLE CHARTERING INC.,

    Plaintiff,

- against -

FAIRDEAL SUPPLIES PVT. LTD.,

    Defendant.
------------------------------------------------------X

'07 CIV 5981

07 CV _____
ECF CASE

## ORDER APPOINTING SPECIAL PROCESS SERVER PURSUANT TO F.R.C.P. RULE 4(C)

  Upon motion of the Plaintiff for an Order appointing Thomas L. Tisdale, Claurisse A. Campanale-Orozco, Lauren C. Davies or any other partner, associate, paralegal or other agent of TISDALE LAW OFFICES, LLC to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories or other process in this action, and

  Upon reading the Affidavit of Claurisse Campanale-Orozco, sworn to June 21, 2007, and good cause having been shown,

IT IS ORDERED that Thomas L. Tisdale, Claurisse A. Campanale-Orozco, Lauren C. Davies or any other partner, associate, paralegal or other agent of TISDALE LAW OFFICES, LLC be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon Defendant herein and upon the garnishees.

Dated: June 21, 2007
New York, NY

By: *[signature]*
The Plaintiff,
NOBLE CHARTERING INC.,

Claurisse Campanale-Orozco (CC 3581)
Thomas L. Tisdale (TT 5263)
TISDALE LAW OFFICES LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 – phone
(212) 869-0067 – fax
corozco@tisdale-law.com
ttisdale@tisdale-law.com

A CERTIFIED COPY
J. MICHAEL McMAHON,   CLERK

BY *[signature]*
DEPUTY CLERK

SO ORDERED,

*[signature]*
United States District Judge

June 25, 2007

2