UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/07

JUDGE PRESKA

'07 CIV 5981

------------------------------------------------X
NOBLE CHARTERING INC.,                :

        Plaintiff,                :           07 CV _____
                                      :           ECF CASE
- against -                           :

FAIRDEAL SUPPLIES PVT. LTD.,          :

        Defendant.                :
------------------------------------------------X

**ORDER APPOINTING SPECIAL PROCESS
SERVER PURSUANT TO F.R.C.P. RULE 4(C)**

Upon motion of the Plaintiff for an Order appointing Thomas L. Tisdale, Claurisse A. Campanale-Orozco, Lauren C. Davies or any other partner, associate, paralegal or other agent of TISDALE LAW OFFICES, LLC to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories or other process in this action, and

Upon reading the Affidavit of Claurisse Campanale-Orozco, sworn to June 21, 2007, and good cause having been shown,

IT IS ORDERED that Thomas L. Tisdale, Claurisse A. Campanale-Orozco, Lauren C. Davies or any other partner, associate, paralegal or other agent of TISDALE LAW OFFICES, LLC be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon Defendant herein and upon the garnishees.

Dated: June 21, 2007
       New York, NY

> The Plaintiff,
> NOBLE CHARTERING INC.,
>
> By: *Claurisse Campanale Orozco*
> Claurisse Campanale-Orozco (CC 3581)
> Thomas L. Tisdale (TT 5263)
> TISDALE LAW OFFICES LLC
> 11 West 42nd Street, Suite 900
> New York, NY 10036
> (212) 354-0025 – phone
> (212) 869-0067 – fax
> corozco@tisdale-law.com
> ttisdale@tisdale-law.com

> A CERTIFIED COPY
> J. MICHAEL McMAHON,        CLERK
> BY *Jameen Miles*
>         DEPUTY CLERK

SO ORDERED,

*Loretta A. Preska*
United States District Judge

June 25, 2007

2