

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NOBLE CHARTERING INC.,                  :

        Plaintiff,              :

   - against -                         :       07 CV 5981 (LAP)
                                        ECF CASE
FAIRDEAL SUPPLIES PVT. LTD.,            :

        Defendant.              :
----------------------------------------X

### STIPULATION OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED between the parties, by their undersigned attorneys, that upon endorsement of this Stipulation of Discontinuance, this court's Ex Parte Order of maritime attachment and garnishment shall be and hereby is vacated.

IT IS FURTHER STIPULATED AND AGREED THAT any and all garnishees holding property belonging to the Defendant shall immediately release from attachment property belonging to the Defendant restrained pursuant to this court's Ex Parte Order for maritime attachment and garnishment, and

IT IS FURTHER STIPULATED AND AGREED THAT counsel for Plaintiff shall serve a copy of this Stipulation and Order upon all guarantees within two business days of receiving a copy of the same signed by the Court; and

IT IS FURTHER STIPULATED AND AGREED THAT this action is hereby dismissed with prejudice and without costs to any party.

Dated: October 16, 2007
New York, New York

The Plaintiff,
NOBLE CHARTERING, INC.

By: *[signature]*
Claurisse Campanale-Orozco (CC 3581)
Thomas L. Tisdale (TT 2162)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 – phone
(212) 869-0067 – fax
ldavies@tisdale-law.com
ttisdale@tisdale-law.com

The Defendant,
FAIRDEAL SUPPLIES PVT. LTD.

By: *[signature]*
Michael E. Unger (MU 0045)
FREEHILL, HOGAN & MAHAR
80 Pine Street
New York, NY 10005-1759
(212) 425-1900 – phone
(212) 425-1901 – fax
Unger@freehill.com

SO ORDERED:

_____
Hon. Loretta A. Preska, U.S.D.J.

October 18, 2007

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:
*[signature]*
LORETTA A. PRESKA, U.S.D.J.

-2-